1 ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
2 Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
3 Attorneys at Law
222 Rush Landing Road
4 P.O. Box 6169
Novato, California 94948-6169
5 (415) 898-1555
(415) 898-1247 (Fax No.)
6
Attorneys for Plaintiff
7 admitted *pro hac vice*

**FILED**

MAY 21 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 11 IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875<br>2:01-md-00875-ER<br>Case No. 2:11-cv-67799-ER |
| 13 DALE M. SHELLY,<br>Plaintiff,<br>vs.<br>ASBESTOS CORPORATION LIMITED, *et al.*,<br>Defendants. | **REQUEST FOR DISMISSAL OF DEFENDANT INGERSOLL-RAND COMPANY, WITH PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Dale M. Shelly v. Asbestos Corporation Limited, et al.*, United States District Court, Northern District of California,<br>Case No. 4:11-cv-05597-SBA |

23 ///
24 ///
25 ///
26 ///
27

RECEIVED
MAY 20 2013
By _____

1
REQUEST FOR DISMISSAL OF DEFENDANT INGERSOLL-RAND COMPANY, WITH PREJUDICE; ORDER

1 | The parties request this Court dismiss defendant INGERSOLL-RAND COMPANY from
2 | this action with prejudice. Each party to bear its own fees and costs.

Dated: May 17, 2013                    BRAYTON✣PURCELL LLP


By: s/ David R. Donadio
DAVID R. DONADIO, ESQ., CA S.B. #154436
DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415)898-1247
Attorneys for Plaintiff


Dated: MAY 17 2013                     PRINDLE, AMARO, GOETZ, HILLYARD,
                                       BARNES & REINHOLTZ LLP LLP



By: _____
ANDY J. GOETZ, S.B. #128258
Attorneys for Defendant
INGERSOLL-RAND COMPANY


Datted: 5/20/2013                      SO ORDERED:


_____
Eduardo C. Robreno
United States District Judge


REQUEST FOR DISMISSAL OF DEFENDANT INGERSOLL-RAND COMPANY, WITH PREJUDICE; ORDER.

2