ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff
admitted *pro hac vice*

**FILED**

MAY 21 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875<br>2:01-md-00875-ER<br>Case No. 2:11-cv-67799-ER |
| DALE M. SHELLY,<br><br>Plaintiff,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, *et al.*,<br><br>Defendants. | **REQUEST FOR DISMISSAL OF DEFENDANT INGERSOLL-RAND COMPANY, WITH PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Dale M. Shelly v. Asbestos Corporation Limited, et al.,* United States District Court, Northern District of California,<br>Case No. 4:11-cv-05597-SBA |

///
///
///
///
///

RECEIVED
MAY 20 2013
By _____

1. The parties request this Court dismiss defendant INGERSOLL-RAND COMPANY from
2. this action with prejudice. Each party to bear its own fees and costs.

Dated: May 17, 2013        BRAYTON❖PURCELL LLP

By: s/ David R. Donadio
DAVID R. DONADIO, ESQ., CA S.B. #154436
DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415)898-1247
Attorneys for Plaintiff

Dated: MAY 17 2013        PRINDLE, AMARO, GOETZ, HILLYARD,
BARNES & REINHOLTZ LLP LLP

By: _____
ANDY J. GOETZ, S.B. #128258
Attorneys for Defendant
INGERSOLL-RAND COMPANY

Datted: 5/20/2013        SO ORDERED:

_____
Eduardo C. Robreno
United States District Judge

REQUEST FOR DISMISSAL OF DEFENDANT INGERSOLL-RAND COMPANY, WITH PREJUDICE;
ORDER,.

2